## 1

**Harold S. FALLOON, Plaintiff in Error, v. INTERNATIONAL MERCANTILE MARINE COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
June 16, 1927.

No. 362.

In Error to the District Court of the United States for the Eastern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Pierre M. Brown, of New York City, of counsel), for plaintiff in error.

Burlingham, Veeder, Masten & Fearey, of New York City (Everett Masten and M. L. Fearey, both of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

## 2

**Mark L. GILBERT, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
July 5, 1927.

No. 394.

In Error to the District Court of the United States for the Southern District of New York.

Rothwell, Harper & Matthews, of New York City (Harold Harper, of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Robert B. Watts, Asst. U. S. Atty., of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed.

## 3

**STANDARD OIL COMPANY (N. J.) Libelant Appellee, v. Steamship GLENDOLA, Her Engines, etc.; Glendola Steamship Corporation, Claimant Appellant.**

**GLENDOLA STEAMSHIP CORPORATION, Libelant Appellant, v. Steamship W. H. TILFORD, Her Engines, etc.; Standard Oil Company (N. J.) Claimant Appellee.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 354.

Appeal from the District Court of the United States for the Eastern District of New York.

Shearman & Sterling, of New York City (Horace M. Gray and Sanford H. E. Freund, both of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (W. H. McGrann and J. Harvey Turnure, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

## 4

**In the Matter of Benjamin HARTMAN and Jacques Gelardin, Individually and as Copartners Trading as Gelardin & Co., Bankrupts Appellants.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 350.

Appeal from the District Court of the United States for the Southern District of New York.

David Haar, of New York City, for bankrupts.

Robert F. Raymond, of New York City, for trustee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed.